**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-13427
Non-Argument Calendar

————————————

DATA TECHNOLOGY GROUP, INC.,

*Plaintiff-Appellant,*

*versus*

RANELLA CONSULTING, INC., et al.,

*Defendants,*

CAPITAL DATA ANALYTICS, INC.,
KYLE FRYE,
 Individually,

*Defendants-Appellees.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-02657-TRJ

————————————

Before JILL PRYOR, GRANT, and KIDD, Circuit Judges.

PER CURIAM:

Data Technology Group, Inc. filed an amended complaint against four defendants. On September 18, 2025, the district court entered an order granting the motion to dismiss filed by two of those defendants. Data Technology Group appeals that order.

We lack jurisdiction over this appeal because the September 18 order is not final, as Data Technology Group's amended complaint against the remaining defendants remains pending before the district court. *See* 28 U.S.C. § 1291 (providing appellate jurisdiction over "final decisions of the district courts"); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (explaining that a final decision ends the litigation on the merits and leaves nothing for the court to do but execute its judgment). Further, that order is not otherwise appealable now because the district court did not certify it for immediate review and it is effectively reviewable on appeal from a final judgment. *See* 28 U.S.C. § 1292(b) (providing for appeal of certain certified interlocutory orders); Fed. R. Civ. P. 54(b) (providing for entry of final judgment as to fewer than all parties or claims); *Plaintiff A v. Schair*, 744 F.3d 1247, 1252–53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it, inter alia, is "effectively unreviewable on appeal from a final judgment" (citation modified)).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.